UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAVID M. JOHNSON,           ) <br> ) <br>         Plaintiff,   ) <br> ) <br>    v.                              ) <br> ) <br> CAROLYN W. COLVIN, ACTING  ) <br> COMMISSIONER OF SOCIAL SECURITY,   ) <br> ) <br>         Defendant.  ) | 2:13-cv-212-WGH-JMS |

**FINAL JUDGMENT ENTRY**

After oral argument held before the Court on February 28, 2014, and pursuant to the Findings transcribed and attached hereto, the decision of the Commissioner is **AFFIRMED**.

**Entered:**  March 7, 2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.